**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES B. LLORCA,**

      **Plaintiff,**

v.                                                        **Case No:   6:15-cv-829-Orl-37TBS**

**USAA FEDERAL SAVINGS BANK**
**(FSB),**

      **Defendant.**

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 29), filed December 2, 2016.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), this case is hereby **DISMISSED** with prejudice, with each party to bear its own fees and costs.   The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida this 8thday of December, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:      Counsel of Record